67 A.3d 757

**James and Paula BOSWELL, h/w, Appellants**

v.

**SKIPPACK TOWNSHIP and Skippack Township Board of Supervisors, Appellees.**

Supreme Court of Pennsylvania.

May 28, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of May, 2013, the Order of the Commonwealth Court is **AFFIRMED.**